UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JOY RICKETT                                                                                      PLAINTIFF

v.                              CASE NO. 4:10cv00939 BSM

SOUTH CONWAY COUNTY
SCHOOL DISTRICT                                                                          DEFENDANT

## ORDER OF DISMISSAL

Plaintiff Joy Rickett requests that this case be dismissed with prejudice due to settlement. [Doc. No. 2]. The parties have taken all necessary steps in performance of the settlement agreement.

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 20th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE